704

*In re* **TRIGO**, Federico Noel (MR 21661)
Elmwood Park, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Federico Noel Trigo is suspended from the practice of law for two years and until further order of the Court.

*In re* **VINCENT**, David Andrew (MR 21784)
South Portland, ME

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent David Andrew Vincent, who has been disciplined in the State of Maine, is reprimanded in the State of Illinois.